**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rony Ricardo Rhaburn-Perez,

Plaintiff,

v.

Steven Patrick Padilla, et al.,

Defendants.

Case No. 2:26-cv-00002-RFB-NJK

**Order**

[Docket No. 14]

Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 14. Any response to the motion must be filed no later than July 31, 2026.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge