**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rony Ricardo Rhaburn-Perez,
Plaintiff,
v.
Steven Patrick Padilla, et al.,
Defendants.

Case No. 2:26-cv-00002-RFB-NJK

**Order**

[Docket No. 14]

Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 14.

The Court ordered that any response to the motion must be filed no later than July 31, 2026. Docket No. 16. Plaintiff did not file a reply. *See* Docket.

Accordingly, the Court **GRANTS** the motion to withdraw. Docket No. 14. The Court **INSTRUCTS** the Clerk's Office to update the docket with Plaintiff's address as set forth on page 4. The Court **ORDERS** Plaintiff to either file notice that he intends to proceed *pro se* or have new counsel file a notice of appearance, no later than September 3, 2026.

IT IS SO ORDERED.

Dated: August 4, 2026

Nancy J. Koppe
United States Magistrate Judge