**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants Blue Coast Logistics, LLC and Steven Patrick Padilla*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONY RICARDO RHABURN-PEREZ, individually,

Plaintiff,

v.

STEVEN PATRICK PADILLA, individually; BLUE COAST LOGISTICS, LLC, domestic limited liability company; DOES I-X; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No. 2:26-cv-00002-RFB-NJK

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff RONY RICARDO RHABURN-PEREZ, an individual, and Defendants BLUE COAST LOGISTICS, LLC AND STEVEN PATRICK PADILLA, by and through their counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this __ day of August, 2026.

**TYSON & MENDES LLP**

/s/ Griffith Hayes

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendants*

Dated this __ day of August, 2026.

/s/ Rony Rhaburn

RONY RICARDO RHABURN-PEREZ
1617 N. East Lane Apt. B
Las Vegas, NV 89108
ronyperez18@icloud.com
*Plaintiff Pro Se*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: September 8, 2026